United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Sherese Godschild, Plaintiff, </br></br>v.</br></br>Lauren Turner, Esq. and L. Turner Law P.A., Defendants. | Civil Action No. 22-61461-Civ-Scola |

### Order

This cause came before the Court upon a sua sponte review of the record. For the reasons set forth below, this case is **dismissed without prejudice**.

The Plaintiff has petitioned the Court to proceed in forma pauperis. (ECF No. 3.) In assessing whether a party may proceed in forma pauperis, 28 U.S.C. § 1915(e)(2) requires a court to dismiss a case at any time if the Court determines that the case is frivolous or fails to state a claim on which relief may be granted. The same standard as a dismissal under Fed, R. Civ. P. 12(b)(6) governs a dismissal under Section 1915(e)(2)(B)(ii). *Mitchell v. Farcass*, 112 F.3d 1483, 1490 (11th Cir. 1997).

Under Federal Rule of Civil Procedure 8, a pleading need only contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). The Plaintiff must nevertheless articulate "enough facts to state a claim to relief that is plausible on its face." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009).

However, "threadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice." *Id.* Thus, a pleading that offers mere "labels and conclusions" or "a formulaic recitation of the elements of a cause of action" will not survive dismissal. *Id.*

The Plaintiff's one-page complaint contains nothing more than sentences that cite to statutes. It is devoid of any facts. The complaint patently fails to comply with Federal Rule of Civil Procedure 8 and accordingly fails to state a claim upon which relief may be granted.

This case is **dismissed without prejudice**. All motions are **denied as moot**. The Plaintiff may file an amended complaint no later than **September 16, 2022**.

The Clerk is **directed to mail** a copy of this Order to the Plaintiff at the address on file.

**Done and ordered** at Miami, Florida, on September 2, 2022.

_____
Robert N. Scola, Jr.
United States District Judge